# United States District Court
## Southern District of Georgia

CHARLENE SCRETCHEN

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV508-80

MICHAEL J. ASTRUE, Commissioner of
Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered August 4, 2009, reversing the Commissioner's decision, judgment is hereby entered and this case stands closed.

Approved by: _____

Date: August 10, 2009

Scott L. Poff
Clerk

(By) Deputy Clerk